IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPECTOR GADON & ROSEN, P.C.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT M. FISHMAN,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 13-2691 (LEAD CASE) |
| ROBERT M. FISHMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALAN B. EPSTEIN and SPECTOR GADON & ROSEN, P.C.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 13-5198<br><br><br><br>CONSOLIDATED CASES |

## ORDER

**AND NOW**, this 30th day of March 2015, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 13-5198, Doc. No. 26); Plaintiff's Response in Opposition (ECF No. 13-5198, Doc. No. 35); Defendants' Reply in Support of the Motion (ECF No. 13-5198, Doc. No. 39); the arguments of counsel at the hearings held on September 5, 2014 (ECF No. 13-5198, Doc. No. 42) and November 24, 2014 (ECF No. 13-5198, Doc. No. 49); Plaintiff's Supplemental Memorandum of Law Sur Oral Argument Re: Motion for Judgment on the Pleadings (ECF No. 13-5198, Doc. No. 45); Defendants' Post Hearing Memorandum in Support

of Defendants' Motion for Judgment on the Pleadings (ECF No. 13-5198, Doc. No. 46); and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Judgment on the Pleadings (ECF No. 13-5198, Doc. No. 26) is **GRANTED**. Judgment in consolidated Civil Action No. 13-5198 is entered on the claims set forth in the Complaint in favor of Defendants Alan B. Epstein and Spector Gadon & Rosen, P.C. and against Plaintiff Robert M. Fishman.

2. Plaintiff Fishman's Motion to Stay Pending Adjudication of Motion for Judgment on the Pleadings (Doc. No. 28) is **DENIED** as moot.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.