IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPECTOR GADON & ROSEN, P.C.,<br><br>             Plaintiff,<br><br>  v.<br><br>ROBERT M. FISHMAN,<br><br>             Defendant. | CIVIL ACTION<br>NO. 13-2691 (LEAD CASE) |
| ROBERT M. FISHMAN,<br><br>             Plaintiff,<br><br>  v.<br><br>ALAN B. EPSTEIN and SPECTOR GADON & ROSEN, P.C.,<br><br>             Defendants. | CIVIL ACTION<br>NO. 13-5198<br><br><br>CONSOLIDATED CASES |

### ORDER

     **AND NOW**, this 7th day of May 2015, upon consideration of Plaintiff Robert M. Fishman's Motion for Reconsideration (ECF No. 13-5198, Doc. No. 52), and Defendants' Response (ECF No. 13-5198, Doc. No. 53), it is **ORDERED** that the Motion is **DENIED**.

                                                         FOR THE COURT:

                                                         /s/ Joel H. Slomsky
                                                         JOEL H. SLOMSKY, J.